**Michael Ray ROGERS, Plaintiff–Appellant,**

v.

**CONGRESS OF the UNITED STATES of America, Defendant–Appellee.**

No. 99–16931.

D.C. No. CV–97–02022–FCD.

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2001.[*]

Decided June 21, 2001.

Before O'SCANNLAIN, SILVERMAN, and GOULD, Circuit Judges.

MEMORANDUM [**]

Michael Ray Rogers, a California state prisoner, appeals pro se the district court's judgment dismissing, under 28 U.S.C. § 1915A, his civil rights action alleging that the United States Congress violated the separation of powers doctrine by requiring prison staff to assess and collect prisoners' district court filing fees in installments pursuant to the Prison Litigation Reform Act ("PLRA"). We have jurisdiction under 28 U.S.C. § 1291. We

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

review de novo, *Cooper v. Pickett,* 137 F.3d 616, 623 (9th Cir.1997), and we affirm.

Because the PLRA's filing fee requirement is a procedural rule that does not infringe on the authority of the courts, the district court did not err by dismissing Rogers' action. *Cf. Rodriguez v. Cook,* 169 F.3d 1176, 1182 (9th Cir.1999) (holding that the PLRA's "three strikes" rule is a procedural rule that does not violate the separation of powers doctrine).

Rogers' contention that this court erred by not ordering prison authorities to produce his legal materials is construed as a motion for reconsideration of this court's November 19, 1999, order denying injunctive relief. So construed, the motion is denied.

**AFFIRMED.**

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.